# TODD & WELD LLP

ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109

RAYMOND P. AUSROTAS
Email: rausrotas@toddweld.com

TELEPHONE: (617) 720-2626
FACSIMILE: (617) 227-5777
www.toddweld.com

October 15, 2004

**BY PRIORITY MAIL WITH CONFIRMATION OF DELIVERY**

Ms. Ann Burleson, (REGION VI)
CMS, Dallas Regional Office
1301 Young Street, Rm. 714
Dallas, TX 75202

Re: **PUBLIC / OPEN RECORDS REQUEST**

Dear Ms. Burleson:

Pursuant to the provisions of the Freedom of Information Act, 5 U.S.C. § 552, and the Texas Open Records Act, Tex. Gov't Code Ann. §§ 552.001-552.353 (Vernon 1994 & Supp. 2001), this letter is to request all documents in your files pertaining to Mercy Hospital of Laredo d/b/a Mercy Health Center; Mercy Regional Medical Center; Mercy Health System of Texas, Inc.; Sisters of Mercy Health Systems, St. Louis, Inc.; Laredo Medical Group; the ASAP Nursing Agency; Maria DelRosario Ames, M.D./P.A.; Juan F. Montalvo, M.D./P.A.; Antonio Rodriquez, M.D./P.A.; JoAnn Hernandez, R.N.; and Maria Tadeo, R.N. from 1998 to the present.

This request is directed towards all governmental investigations, reports, surveys and evaluations of these entities and/or individuals with regard to the adequacy of their delivery of healthcare, such as, by way of illustration only, actions taken with regard to the licensure of Mercy Health Center's neonatal intensive care unit.

This firm will accept charges up to $150.00 for copying of responsive materials, and provide a Federal Express shipping number for any delivery expenses. Should the copying charges exceed this amount, please contact the undersigned for any further authorization that may be necessary.

Please feel free to contact me with any questions or for clarification of this request.

Sincerely,

Raymond P. Ausrotas

cc:  Lisa G. Arrowood, Esq.    Jeffrey N. Catalano, Esq.
     Lisa McGonagle             Arnulfo Gonzalez, Esq. (by fax)

**FILED**
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

05 1769



| TRACKING NUMBER | B2255041015095421 | | RECIPIENT | MS. ANN BURLESON (REGION |
|---|---|---|---|---|
| SHIP DATE | 10/15/2004 | | COMPANY | CMS, DALLAS REGIONAL OFFICE |
| SERVICE LEVEL | NEXT BUSINESS MORNING DELIVERY | | CITY/ STATE | DALLAS TX |
| | | | COUNTRY | |

Track Another Package

| DELIVERY DATE | DELIVERY TIME | STATUS | DELIVERED TO | DELIVERY LOCATION |
|---|---|---|---|---|
| 10/18/2004 | 11:18AM | Delivered | L.UENTILLIE | |