**DEPARTMENT OF HEALTH & HUMAN SERVICES**
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop N2-20-16
Baltimore, Maryland 21244-1850

Office of Strategic Operations and Regulatory Affairs/Freedom of Information Group

*CENTERS for MEDICARE & MEDICAID SERVICES*

Refer to C05FOI0970 (JVR)

APR 19 2005

Mr. Raymond P. Ausrotas
Todd & Weld LLP
Attorneys At Law
28 State Street
Boston, Massachusetts 02109

Dear Mr. Ausrotas:

I am responding to your March 4, 2005, fax that supports your request for expedited processing of your Freedom of Information Act (FOIA) request for all documents pertaining to Mercy Hospital of Laredo d/b/a Mercy Health Center; Mercy Regional Medical Center; Mercy Health System of Texas, Inc., Sisters of Mercy Health Systems, St. Louis, Inc., Laredo Medical Group; the ASAP Nursing Agency; Maria DelRosario Ames M.D./P.A.; Juan F. Montalvo, M.D./P.A., Antonio Rodriquez, M.D./P.A., JoAnn Hernandez, R.N., and Maria Tadeo, R.N. from 1998 to the present. The basis for expedited processing set forth in your fax is due to a pending trial date in the 341st District Court in Webb County, Texas.

I have reviewed your request and associated documentation in line with 5 U.S.C. 552(a)(6)(E)(v) and this agency's expedite standards as published in the Federal Register, Vol. 55, No. 240 on Thursday, December 13, 1990. I find that your October 15, 2004, FOIA request qualifies for expedited processing based upon a pending deposition. Therefore, I *grant* your request for expedited processing, and your FOIA request will be processed by this division as soon as practicable.

Questions concerning the status of your request should be directed to Jacqueline Russell of my staff at (410) 786-7427.

Sincerely,

Michael S. Marquis
Director
Freedom of Information Group

05 1769

**FILED**
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT