# TODD & WELD LLP

ATTORNEYS AT LAW
28 STATE STREET
BOSTON, MASSACHUSETTS 02109

RAYMOND P. AUSROTAS
Email: rausrotas@toddweld.com

TELEPHONE: (617) 720-2626
FACSIMILE: (617) 227-5777
www.toddweld.com

March 4, 2005

**BY FACSIMILE:** (410) 786-0474

Michael S. Marquis, Director
Freedom of Information Division
Centers for Medicare and Medicaid Services
Room N2-20-16
7500 Security Boulevard
Baltimore, MD 21244

Re:   **Adrian Rodriguez, et al. v. Marian Del Rosario Ames, M.D. et al.,**
      **Cause No. 2003 CVQ 000784 D3 (Webb County, TX)**

Dear Mr. Marquis:

Your name was provided to our office by the FOIA Coordinator for the Office of the Regional Administrator for Region VI in Dallas, TX, Ms. Ann Burleson, in furtherance of a request that has been pending there since last October.

I have spoken to Robert Horsey of your office who has stated that our request is not yet logged into the Baltimore system. At his suggestion, I have enclosed correspondence from October, November, January and February addressed to the Dallas office in support of this request. I have also included a copy of a court order establishing a trial date of May 16, 2005 upon which this request has been based.

Please take note of the documents attached to our February letter, which we believe are specifically responsive to our request. The HHS reference numbers (45-0029, CMP-00-497, 00-30196) are included on those documents, which we trust should alleviate any difficulty in CMS's search.

Thank you in advance for your prompt response.

Sincerely,

Raymond P. Ausrotas

cc (w/o encl.): Lisa G. Arrowood, Esq.        Kevin T. Peters, Esq.
                Jeffrey N. Catalano, Esq.     Ms. Lisa McGonagle

FILED
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEPARTMENT OF HEALTH AND HUMAN SERVICES  
HEALTH CARE FINANCING ADMINISTRATION

FORM AP  
OMB NO. 0931

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 450029 | (X2) MULTIPLE CONSTRUCTION A. BUILDING_____ B. WING_____ | (X3) DATE SURVEY COMPLETED 10/05/00 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER MERCY HEALTH CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 1700 E. SAUNDERS   LAREDO, TEXAS 78043 | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| A 050 | (Continued From Page 2) quality assurance and administrative records and reports, and interview with the Chairman of the hospital's Department of Pediatrics, the hospital did not document the outcome of the remedial action taken to address deficiencies found through the quality assurance program. [Refer to tag A058]. | | | |
| A 058 | 482.21(c) STANDARD: IMPLEMENTATION  _____  42 CFR 482.21(c) Implementation -------------------------------- The hospital must take and document appropriate remedial action to address deficiencies found through the quality assurance program. The hospital must document the outcome of the remedial action.  This STANDARD is not met as evidenced by:  ----------- SURVEYOR: 03761 -----------  1. Based upon a review of the hospital's quality assurance and administrative records and reports, and interview with the Chairman of the hospital's Department of Pediatrics, the hospital did not document the outcome of the remedial action taken to address deficiencies found through the quality assurance program. Findings include:  a. Based upon a review of the hospital's quality assurance and administrative records and reports, the hospital did not document the outcome of the remedial action taken to address deficiencies found through the quality | A 058 | | |

RM HCFA-2567 (03-92)                                      If continuation sheet Page 4 of 6

Mercy-RFP: 003593

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

FORM APPR
OMB NO. 0938-

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 450029 | (X2) MULTIPLE CONSTRUCTION A. BUILDING_____ B. WING_____ | (X3) DATE SURVEY COMPLETED 10/05/00 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER MERCY HEALTH CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 1700 E. SAUNDERS   LAREDO, TEXAS 78043 | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLET DATE |
|---|---|---|---|---|
| A 058 | (Continued From Page 4) assurance program. A review of the hospital's report of "expired (neo[natal]) patients discharge(d) between 01/01/00 and 10/02/00," revealed that the hospital had identified deficiencies in the care provided to seven (7) infants (patient numbers 1 through 7, inclusive) who expired (died). Reviews of the minutes of the Medical Executive Committee (MEC) meeting of April 11, 2000, a letter sent by the Chief of the Medical Staff dated August 24, 2000, and the minutes of the MEC meeting of August 24, 2000, revealed that the hospital had taken remedial action to include, internal and external review of the seven (7) cases (patients 1 through 7, inclusive), discussion about the medical staff's concerns with the care provided in the seven (7) cases (patients 1 through 7, inclusive), and stepping down the range of services provided in the hospital's neonatal intensive care unit (NICU). Further review of the hospital's quality assurance and administrative records and reports, however, revealed that the hospital had not documented the outcome of any of the remedial actions.

b. Based upon interview with the Chairman of the hospital's Department of Pediatrics, at 12:30 p.m., October 4, 2000, in the conference room of the hospital's administrative suite, the hospital did not document the outcome of the remedial action taken to address deficiencies found through the quality assurance program. He acknowledged that the hospital had identified | | | |

FORM HCFA-2567(09-92)

If continuation sheet Page 5 of 6

Mercy-RFP: 003594

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

FORM AP...
OMB NO. 093...

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 450029 | (X2) MULTIPLE CONSTRUCTION A. BUILDING _____ B. WING _____ | (X3) DATE SURVEY COMPLETED 10/05/00 |
|---|---|---|---|

NAME OF PROVIDER OR SUPPLIER: MERCY HEALTH CENTER
STREET ADDRESS, CITY, STATE, ZIP CODE: 1700 E. SAUNDERS  LAREDO, TEXAS 78042

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLE... DAT... |
|---|---|---|---|---|
| A 058 | (Continued From Page 5) deficiencies in the care provided to seven (7) infants (patient numbers 1 through 7, inclusive) who expired (died). He further acknowledged that the hospital had taken remedial action to include, internal and external review of the seven (7) cases (patients 1 through 7, inclusive), discussion about the medical staff's concerns with the care provided in the seven (7) cases (patients 1 through 7, inclusive), and stepping down the range of services provided in the hospital's neonatal intensive care unit (NICU). He also acknowledged that he could provide no evidence that the hospital had documented the outcome of the remedial actions. | | | |

FORM HCFA-2567 (09-92)

If continuation sheet Page 6 of 6

Mercy-RFP: 003595



**DEPARTMENT OF HEALTH & HUMAN SERVICES**
**Health Care Financing Administration**
Division of Medicaid and State Operations, Region VI

1301 Young Street, Room 827
Dallas, Texas 75202
Phone (214) 767-6301
Fax (214) 767-0270

December 19, 2000

Our Reference Number:   45-0029
                       CMP-00-497
                       00-30196

Mr. Mark Stauder, CEO
Mercy Health Center
1700 E. Saunders
Laredo, TX 78041

Dear Mr. Stauder:

This letter is to acknowledge receipt of your Plans of Correction for the deficiency citations of the October 5, 2000 survey conducted by the Texas Department of Health.

I have reviewed the Plans of Correction you submitted and deemed it to be acceptable. I will forward a copy to the Texas Department of Health with a request that a follow-up survey be conducted expeditiously before the set termination date of your Medicare provider agreement. There will be no public notice to be published at this time.

Because of the limited resources of the Texas Department of Health during the holiday season, I am extending the termination date of your Medicare provider agreement to <u>January 12, 2001</u>.

If you require further information, please do not hesitate to call Dodjie B. Guioa by telephone at 214-767-6179 or through E-mail at dguioa@hcfa.gov

Sincerely Yours,

Dodjie B. Guioa, MBA
Health Insurance Specialist

Mercy-RFP: 003596



*HHY*

**DEPARTMENT OF HEALTH & HUMAN SERVICES**
**Health Care Financing Administration**
Division of Medicaid and State Operations, Region VI

1301 Young Street, Room 827
Dallas, Texas 75202
Phone (214) 767-6301
Fax (214) 767-0270

November 3, 2000

Our Reference Number:   45-0029
CMP-00-497
00-30196

Mr. Mark Stauder, CEO
Mercy Health Center
1700 E. Saunders
Laredo, TX 78041

Dear Mr. Stauder:

This letter supercedes the letter dated October 25, 2000 you received from this office regarding the survey conducted by the Texas Department of Health at your facility on October 5, 2000.

This is to inform you that we are currently doing a final review of the survey report and the Statement of Deficiencies (HCFA-2567). Consequently, the termination action we have initiated is suspended at this time. You will be notified of the final decision no later that November 9, 2000. The notification letter will contain a new termination timeline, Statement of Deficiencies (HCFA-2567), and instructions regarding the submission of acceptable Plans of Correction.

If you require further information, please do not hesitate to call Dodjie B. Guioa by telephone at 214-767-6179 or through E-mail at dguioa@hcfa.gov

Sincerely Yours,

Molly Crawshaw, Chief
Survey and Certification Operations Branch

Mercy-RFP: 003597



DEPARTMENT OF HEALTH & HUMAN SERVICES
Health Care Financing Administration
Division of Medicaid and State Operations, Region VI

1301 Young Street, Room 833
Dallas, Texas 75202
Phone (214) 767-6301
Fax (214) 767-0270

October 25, 2000

Our Reference Number: 45-0029
CMP-00-497
00-30196

Mark Stauder, CEO
Mercy Health Center
1700 E. Saunders
Laredo, Texas 78041

Dear Mr. Stauder:

Section 1865 of the Social Security Act and implementation regulations (42 CFR 488.5(a)) provide that a hospital accredited by the Joint Commission on Accreditation of Healthcare Organizations or the American Osteopathic Association will be "deemed" to meet all the Medicare Conditions of Participation with the exception of utilization review. Section 1864 of the Act requires the Secretary of Health and Human Services to conduct a survey of an accredited hospital participating in Medicare if there is a substantial allegation of a serious deficiency or deficiencies which would, if present, adversely affect the health and safety of patients. If, in the course of such a survey, a hospital is found to have significant deficiencies with respect to compliance with the Conditions of Participation, we are required, following timely notification to the accrediting body, to keep the hospital under Medicare State survey agency jurisdiction until the hospital is in compliance with all the Conditions of Participation.

After a careful review of the facts, the Health Care Financing Administration (HCFA) has determined that Mercy Health Center no longer meets the requirements for participation in the Medicare program because of deficiencies that represent an immediate and serious threat to patient health and safety. We are enclosing the findings, which show the following Medicare Conditions of Participation were out of compliance:

        42 CFR 482.12 - Governing Body
        42 CFR 482.21 - Quality Assurance; and
        42 CFR 482.22 - Medical Staff.

To participate as providers of services in the Medicare program, hospitals must meet all provisions of Section 1861(e) of the Social Security Act, be in compliance with each of the Conditions of Participation, and be free of hazard to patient health and safety.

Mercy-RFP: 003598

Unless the serious and immediate jeopardy to patient health and safety is removed, the date on which your hospital's Medicare agreement terminates is November 17, 2000. You must send us a letter of credible allegation within ten days of receipt of this notice in order to ensure a revisit by the before November 16, 2000. The criteria for a credible allegation of compliance is as follows:

1. The alleged corrective action must have removed the deficiency.
2. The corrective action was of the kind that _could_ have been accomplished between the survey date and the date of the allegation; and
3. The owner/operator has high credibility with the Texas Department of Health and the Health Care Financing Administration's Regional Office.

The completion date for your corrective action can be no later than ten days from receipt of this notice. Failure to respond within ten days of receipt of this notice will result in your termination from the Medicare program effective November 17, 2000.

If you remain out of compliance at the time of your revisit, or fail to submit your letter of credible allegation within 10 days of receipt of this notice, you will receive a notice from our office advising you of your termination and appeal rights, and notice to the public will also be issued. A legal notice will be placed in _Laredo Morning Times_ advising the public of both the termination date and the reasons for your termination from the Medicare program.

If you have any questions, please contact Juanita Cortez @ 214-767-4403.

Sincerely,

Calvin Cline, Chief
Associate Regional Administrator
Division of Medicaid and State Operations

Enclosure

DEPARTMENT OF HEALTH AND HUMAN SERVICES
HEALTH CARE FINANCING ADMINISTRATION

FORM APPROVED
OMB NO. 0938-0

| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 450029 | (X2) MULTIPLE CONSTRUCTION<br>A. BUILDING _____<br>B. WING _____ | (X3) DATE SURVEY COMPLETED<br>10/05/00 |
|---|---|---|---|
| NAME OF PROVIDER OR SUPPLIER<br>MERCY HEALTH CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE<br>1700 E. SAUNDERS   LAREDO, TEXAS 78041 | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETE DATE |
|---|---|---|---|---|
| A 000 | MEMO TAG:<br>INITIAL COMMENTS<br><br>---------- SURVEYOR: 03761 ----------<br>An entrance conference was conducted at 1:00 p.m., October 2, 2000, in the conference room of the hospital's administrative suite. In attendance were the Chief Executive Officer (CEO), Chief Operating Officer (COO), Chief Nursing Officer (CNO), and Director of Quality Management (DQM). The purpose of the survey (complaint investigation) was discussed. An opportunity was provided for discussion and questions.<br><br>Complaint no. 00-30104 was found to be unsubstantiated.<br>Complaint no. 00-30139 was found to be unsubstantiated.<br>Complaint no. 00-30141 was found to be unsubstantiated.<br>Complaint no. 00-30152 was found to be unsubstantiated.<br>Complaint no. 00-30191 was found to be unsubstantiated.<br>Complaint no. 00-30196 was found to be SUBSTANTIATED.<br><br>An exit conference was conducted at | A 000 | | |

LABORATORY DIRECTOR'S OR PROVIDER/SUPPLIER REPRESENTATIVE'S SIGNATURE _____ TITLE _____ (X6) DATE

Any deficiency statement ending with an asterisk (*) denotes a deficiency which may be excused from correcting providing it is determined that other safeguards provide sufficient protection to the patients. The findings above are discloseable 90 days following the date of survey whether or not a plan of correction is provided. If deficiencies are cited, an approved plan of correction is requisite to continued program participation.

FORM HFA-2567(05-92)

If continuation sheet Page 1 of 6



DEPOSITION EXHIBIT 10 11-8-04

Mercy-RFP: 003591.1

```
DEPARTMENT OF HEALTH AND HUMAN SERVICES                                  FORM APPRO
HEALTH CARE FINANCING ADMINISTRATION                                     OMB NO. 0938-0
------------------------------------------------------------------------------------
STATEMENT OF DEFICIENCIES    | (X1) PROVIDER/SUPPLIER/CLIA  | (X2) MULTIPLE CONSTRUCTION | (X3) DATE SURVEY
AND PLAN OF CORRECTION       | IDENTIFICATION NUMBER:       | A. BUILDING_____         | COMPLETED
                             |      450029                  | B. WING_____         | 10/05/00
------------------------------------------------------------------------------------
NAME OF PROVIDER OR SUPPLIER | STREET ADDRESS, CITY, STATE, ZIP CODE
MERCY HEALTH CENTER          | 1700 E. SAUNDERS   LAREDO, TEXAS 78043
```

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLETI DATE |
|---|---|---|---|---|
| A 000 | ( Continued From Page 1 ) 1:30 p.m., October 5, 2000, in the conference room of the hospital's administrative suite. In attendance were the Chief Executive Officer (CEO), Chief Operating Officer (COO), Chief Nursing Officer (CNO), and Director of Quality Management (DQM). The preliminary findings of the survey (complaint investigation) were presented. An opportunity was provided for questions and discussion. An opportunity was also provided for the hospital to provided evidence of compliance in those areas in which non-compliance had been found, if such evidence existed. No such evidence was either alleged or offered. | | | |
| A 016 | 482.12 CONDITION: GOVERNING BODY

42 CFR 482.12 GOVERNING BODY CONDITION OF PARTICIPATION
---------------------------------- The hospital must have an effective governing body legally responsible for the conduct of the hospital as an institution. However, if a hospital does not have an organized governing body, the person(s) legally responsible for the conduct of the hospital must carry out the functions specified in this part that pertain to the governing body.

This CONDITION is not met as evidenced by:

---------- SURVEYOR: 03761 ------------
1. Based upon a review of the hospital's quality assurance and administrative records and reports, and | A 016 | | |

FORM HCFA-2567 (09-92)                  1                    If continuation sheet Page 2 of 6

Mercy-RFP: 003591.2

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | | | FORM APP |
|---|---|---|---|
| HEALTH CARE FINANCING ADMINISTRATION | | | OMB NO. 0938- |
| STATEMENT OF DEFICIENCIES AND PLAN OF CORRECTION | (X1) PROVIDER/SUPPLIER/CLIA IDENTIFICATION NUMBER: 450029 | (X2) MULTIPLE CONSTRUCTION A. BUILDING_____ B. WING_____ | (X3) DATE SURVEY COMPLETED 10/05/00 |
| NAME OF PROVIDER OR SUPPLIER MERCY HEALTH CENTER | STREET ADDRESS, CITY, STATE, ZIP CODE 1700 E. SAUNDERS   LAREDO, TEXAS 78041 | | |

| (X4) ID PREFIX TAG | SUMMARY STATEMENT OF DEFICIENCIES (EACH DEFICIENCY MUST BE PRECEDED BY FULL REGULATORY OR LSC IDENTIFYING INFORMATION) | ID PREFIX TAG | PROVIDER'S PLAN OF CORRECTION (EACH CORRECTIVE ACTION SHOULD BE CROSS-REFERENCED TO THE APPROPRIATE DEFICIENCY) | (X5) COMPLET DATE |
|---|---|---|---|---|
| A 015 | (Continued From Page 2) interview with the Chairman of the hospital's Department of Pediatrics, the hospital did not have an effective governing body. Findings included: a. Based upon a review of the hospital's quality assurance and administrative records and reports, and interview with the Chairman of the hospital's Department of Pediatrics, the governing body did not ensure that there was an effective quality assurance program to evaluate the provision of patient care. (Refer to tag A050) | | | |
| A 050 | 482.21 CONDITION: QUALITY ASSURANCE  42 CFR 482.21 CONDITION OF PARTICIPATION QUALITY ASSURANCE ---------------------------- The governing body must ensure that there is an effective, hospital-wide, quality assurance program to evaluate the provision of patient care.  This CONDITION is not met as evidenced by:  ------------ SURVEYOR: 03761 ------------ 1. Based upon of the hospital's quality assurance and administrative records and reports, and interview with the Chairman of the hospital's Department of Pediatrics, the governing body did not ensure that there is an effective quality assurance program to evaluate the provision of patient care. Findings included:  a. Based upon of the hospital's | A 050 | | |