## Ausrotas, Raymond P.

**From:** Ausrotas, Raymond P.
**Sent:** Tuesday, August 30, 2005 11:24 AM
**To:** 'Davis, Sharon (CMS)'
**Cc:** Arrowood, Lisa; Peters, Kevin; Catalano, Jeff
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Ms. Davis: this confirms our conversations of this morning.

You stated that your office has, and has had, "other priorities," and you still cannot provide a time by which your office will produce responsive documents to our request.

You also stated that your office has still been unable to recover _any_ of the "sample" responsive documents we specifically faxed to the attention of your office's director, Mr. Marquis', on March 4, 2005 when you were given this file from the Dallas office.

You may recall that we sent copies of these "sample" documents to you -- again -- by email on May 3, 2005 (after this file was granted "expedited" status) when we specifically asked that all such documents be at least produced as quickly as possible as an "interim" response to our FOIA request.

This morning I informed you that, at this time, we have little choice but to proceed with commencing legal action given the status of your office's response to our FOIA request.

You called back and stated that, this morning, you described this file to Mr. Marquis, gave him my contact information, and said he will call back this afternoon. I suggested that you forward to him the correspondence below in advance of our conversation, so that he is appropriately informed about the background of this matter.

-----Original Message-----
**From:** Ausrotas, Raymond P.
**Sent:** Tuesday, August 30, 2005 10:21 AM
**To:** 'Davis, Sharon (CMS)'
**Cc:** Arrowood, Lisa; Peters, Kevin; Catalano, Jeff
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

> Ms. Davis: please note that we do request that documents your office produces to us be certified copies (as you know they are being sought in connection with a matter going to trial).
>
> Thank you again, and we look forward to your response.
>
> - Ray
>
>> -----Original Message-----
>> **From:** Ausrotas, Raymond P.
>> **Sent:** Monday, August 29, 2005 1:28 PM
>> **To:** 'Davis, Sharon (CMS)'
>> **Cc:** Arrowood, Lisa; Peters, Kevin; Catalano, Jeff
>> **Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response
>>
>> Ms. Davis -- as the correspondence chain below indicates, I have not received any response on this request from you in nearly two months, and it has been over three months since you determined that the Dallas office had not provided you with _any_ responsive documents which accompanied

05 1769

FILED
SEP - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

8/31/2005

our specific reference numbers.

This has been pending before CMS for eleven months, and the Baltimore office for five months, and we do not yet have a single document to show from our original request -- for which we have have even provided your office with sample copies of responsive materials.

Our original request reasonably described the records we were seeking and, pursuant to 5 U.S.C. Sec. 552(a)(3)(A) the agency was required to "make the records promptly available." In addition, under 5 U.S.C. Sec. 552(a)((6)(A)(1), any adverse determination on our request by your agency was required to be provided within 20 days of our original request. This did not happen.

Further, for a period of months, this is a matter that has been determined by the national Baltimore office's policy advisor to be "expedited." Under 5 U.S.C. Sec. 552(a)(6)(E)(iii) an agency shall process "as soon as practicable" any request to which the agency has granted expedited processing. This obligation, too, appears to have been ignored.

Please advise us on when we may expect to finally receive documents. Should we not receive an adequate response by the close of business on Wednesday, August 31, we will have no choice but to seek appropriate relief. For your information, and reserving all of our rights, we have attached a draft copy of a complaint that we are prepared to file by the end of this week.

Thank you for your prompt attention to this matter.

---

Raymond P. Ausrotas
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
http://www.toddweld.com/

-----Original Message-----
**From:** Ausrotas, Raymond P.
**Sent:** Thursday, June 30, 2005 11:01 AM
**To:** 'Davis, Sharon (CMS)'
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Ms. Davis -- I would appreciate an update on this request reflected in the attached correspondence.

As you know we have been attempting to get documents from CMS since October of 2004, and this has now been pending in the Baltimore office since March after the Dallas office sent it to you without having provided us anything. We have provided you with specific HHS reference numbers (45-0029, CMP-00-497, 00-30196) -- and copies of documents -- to assist with the search. It is also our understanding that this has formally "expedited" for well over three months, and so far we have still not gotten anything.

Please feel free to reply or call me with any information you have on the status of our request and when we may expect to receive any materials. Thanks in advance.

- Ray

---

Raymond P. Ausrotas
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

8/31/2005

http://www.toddweld.com/

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

-----Original Message-----
**From:** Ausrotas, Raymond P.
**Sent:** Thursday, June 16, 2005 12:28 PM
**To:** 'Davis, Sharon (CMS)'
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Hello -- anything to update on this front? We are particularly concerned about the "missing" responsive documents. Thanks:

-----Original Message-----
**From:** Ausrotas, Raymond P.
**Sent:** Tuesday, June 07, 2005 9:58 AM
**To:** 'Davis, Sharon (CMS)'
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Thank you Ms. Davis. Our request is specifically directed towards the category of documents that are apparently missing (some of which we forwarded to you), so any timely progress on that front will be appreciated. Please feel free to call me with any questions.

- Ray

-----Original Message-----
**From:** Davis, Sharon (CMS) [mailto:Sharon.Davis@cms.hhs.gov]
**Sent:** Tuesday, June 07, 2005 6:49 AM
**To:** Ausrotas, Raymond P.
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Hi Mr. Ausrotas:

Please excuse the delay in getting back to you. I have been in trgn. and mtgs., however, I spoke w/ the Disclosure Policy Advisor re: your request and per our discussion, I am awaiting a response from the Dallas Reg. Office, RO6, Division of Survey & Certification. I will check back w/ them today. The additional request for document search is based on the fact that you faxed in copies of documents (i.e., 2567's) that were not included in the documents (i.e., approx. 1,000 pages) previously rec'd from the region. I am currently preparing a response w/ recommendations re: release/deny and further reviewing the documents that have been forwarded. Your request does involve voluminous documents. I will get back to you this week and feel free to e-mail regarding status.

Thanks,

8/31/2005

**From:** Ausrotas, Raymond P. [mailto:rausrotas@toddweld.com]
**Sent:** Friday, June 03, 2005 10:32 AM
**To:** Davis, Sharon (CMS)
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Hello -- Would you please provide us with a status report on this matter:

-----Original Message-----
**From:** Ausrotas, Raymond P.
**Sent:** Thursday, May 26, 2005 1:29 PM
**To:** 'Davis, Sharon (CMS)'
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Hello -- any progress on this? Thanks:

-----Original Message-----
**From:** Davis, Sharon (CMS) [mailto:Sharon.Davis@cms.hhs.gov]
**Sent:** Thursday, May 19, 2005 6:38 AM
**To:** Ausrotas, Raymond P.
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Hi Mr. Ausrotas,

I will be submitting my recommendations to the Disclosure Policy Advisor this afternoon for her review and s/o all things considered. Bare in mind that I cannot give you a turn around time because of office policy and that there are approx. 1,000 pages involved in your request. However, you can check back w/ me on Tues. of next week for status.

Thanks,

**From:** Ausrotas, Raymond P. [mailto:rausrotas@toddweld.com]
**Sent:** Wednesday, May 18, 2005 1:39 PM
**To:** Davis, Sharon (CMS)
**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Hello -- just following up again on the attached:

-----Original Message-----
**From:** Ausrotas, Raymond P.
**Sent:** Thursday, May 12, 2005 3:41 PM
**To:** 'sdavis1@cms.hhs.gov'

8/31/2005

**Subject:** RE: Your reference # C 05 FOI 0970 / potential interim response

Ms. Davis: when we spoke last week you advised me that you were following up with CMS in Texas to determine the reason that the "sample" documents we provided to you were omitted from their production.

Have you had any luck in this regard?

Thank you.

- Ray

-----Original Message-----
**From:** Ausrotas, Raymond P.
**Sent:** Tuesday, May 03, 2005 2:58 PM
**To:** 'sdavis1@cms.hhs.gov'
**Subject:** Your reference # C 05 FOI 0970 / potential interim response

Ms. Davis: per our conversation this afternoon, in connection with your expedited review, enclosed are documents containing HHS reference numbers 45-0029, CMP-00-497, and 00-30196, which we believe are responsive to our October 2004 request.

We understand that your office's disclosure policy advisor is unavailable this week. However, to the extent that you currently have documents that are connected to these reference numbers, which are not going to be subject to the "12-600" process you described to me, and that would thus otherwise be ready for delivery (subject to Mr. Marquis's approval), we do request that these be provided to us as an interim response from your office. We sincerely hope that such a response can happen this week.

As we discussed, I will contact you Thursday to follow up. In the meantime, if you or anyone there have questions, please do not hesitate to reply or contact me at the number listed below. Thank you again for the assistance.

- Ray
_____
Raymond P. Ausrotas
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
http://www.toddweld.com/

8/31/2005

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

## Ausrotas, Raymond P.

**From:** Russell, Jacqueline V. (CMS) [Jacqueline.Russell@cms.hhs.gov]
**Sent:** Tuesday, May 03, 2005 11:11 AM
**To:** Ausrotas, Raymond P.
**Subject:** RE: Your reference # C 05 FOI 0970 (JVR)

I am no longer assigned to your case. Our office has an expedite specialist that handles all expedited cases. Your case is now assigned to Sharon Davis and you can contact her at 410-786-5359.

-----Original Message-----
From: Ausrotas, Raymond P. [mailto:rausrotas@toddweld.com]
Sent: Tuesday, May 03, 2005 10:50 AM
To: Russell, Jacqueline V. (CMS)
Subject: Your reference # C 05 FOI 0970 (JVR)


Ms. Russell: on the FOIA request listed in the subject line, we received a letter from Michael Marquis dated 4/19/05 granting its expedited processing, and identifying you as the contact person for any followup.

Do you have any idea when this compilation of responsive documents will be completed?

If there is a significant further delay (i.e. longer than another week) will it be possible to produce those responsive documents that we have identified to you and provided copies of, bearing the HHS reference numbers 45-0029, CMP-00-497, and 00-30196, first?

Thank you and feel free to call or reply with any questions.

- Ray
==================
Raymond P. Ausrotas
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
http://www.toddweld.com/

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

1

**Ausrotas, Raymond P.**

| | |
|---|---|
| From: | Ausrotas, Raymond P. |
| Sent: | Wednesday, March 30, 2005 10:13 AM |
| To: | 'Jacqueline Russell' |
| Subject: | RE: Your reference # C 05 FOI 0970 |

Ms. Russell: you were designated by CMS as the contact person on this file.

My questions are not accusatory in any way and speak for themselves. We have been patiently and diligently seeking these materials for six months now and you can certainly understand our frustration at still not getting _any_ response. We have provided you with copies of HHS's own documents to assist in any search and informed the office of the need for this to be done on an expedited fashion.

I will follow up with anyone that can assist us in finally getting responsive materials.

Would you please provide me with Ms. Hardye's contact information?

-----Original Message-----
From: Jacqueline Russell [mailto:JRussell@cms.hhs.gov]
Sent: Wednesday, March 30, 2005 10:05 AM
To: Ausrotas, Raymond P.
Subject: RE: Your reference # C 05 FOI 0970

If you have any more questions or acccusations please forward them to Melodye Hardy, the case is no longer in my possession.

>>> "Ausrotas, Raymond P." <rausrotas@toddweld.com> 03/30/05 09:43AM >>>

Thank you. When I called your office on the morning of March 8th to follow up on our letter, you informed me in our conversation that Ms. Hardy had reviewed this file at least so far as to tell you this it would need an additional formal written request for expedited review, which I sent you that day in my electronic mail.

How is Ms. Hardy's being forwarded materials for "review and signature" different than what happened on March 10 (referenced in your communication of March 14th below)?

Also, when can we expect responsive documents?

-----Original Message-----
From: Jacqueline Russell [mailto:JRussell@cms.hhs.gov]
Sent: Wednesday, March 30, 2005 6:48 AM
To: Ausrotas, Raymond P.
Subject: RE: Your reference # C 05 FOI 0970

Your case was forwarded to the Melodye Hardy, the Policy Advisor for review and signature on March 14, 2005.

>>> "Ausrotas, Raymond P." <rausrotas@toddweld.com> 03/29/05 06:38PM >>>

Ms. Russell: would you please verify the status of this request, referenced in the correspondence below? As you are aware it was sent to the CMS Dallas regional office in October of 2004, and I spoke with Robert Horsey and sent a letter to Mr. Marquis (both of your Baltimore
office) on March 4, over three weeks ago, regarding this matter.

We have already provided your office with copies of documents containing HHS reference numbers (45-0029, CMP-00-497, 00-30196) that are specifically responsive to this request.

1

Thank you.

- Ray
==================
Raymond P. Ausrotas
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
http://www.toddweld.com/


-----Original Message-----
From: Jacqueline Russell [mailto:JRussell@cms.hhs.gov]
Sent: Monday, March 14, 2005 3:36 PM
To: Ausrotas, Raymond P.
Subject: RE: Your reference # C 05 FOI 0970


In reference to the status of your FOIA request C05FOI0970, the request for expedited processing was forwarded to the policy advisor on March 10, 2005 for review and signature. We do not have a turn around time of when you can finally expect your responsive documents, your FOIA request will be processed by this division as soon as practicable.

>>> "Ausrotas, Raymond P." <rausrotas@toddweld.com> 03/14/05 12:43PM
>>>

Ms. Russell: no one from your office has contacted me since we spoke last week and I forwarded you this material.

Would you please verify that this request is being processed and expedited?

A status update as to when we may finally expect responsive documents
--
which were originally requested last October following the CMS's recommended approach by directing our inquiry to a regional office -- would also be appreciated.

Particularly as we have given you HHS reference numbers, we certainly expect that this would be imminent.

Thank you.

- Ray

-----Original Message-----
From: Ausrotas, Raymond P.
Sent: Tuesday, March 08, 2005 11:17 AM
To: 'jrussell@cms.hhs.gov'
Cc: Arrowood, Lisa; Peters, Kevin; Catalano, Jeff; McGonagle, Lisa
Subject: Your reference # C 05 FOI 0970


Ms. Russell: this confirms our conversation of this morning. Your office received our fax of last week, sent to the attention of Michael Marquis, enclosing a copy of the order signed by Judge Salinas Ender in the matter Rodriguez et al. v. Ames et al., No. 2003-CVQ-000784-D3 (341st Jud. Dist. - Webb Cty., TX).

Please be advised -- and inform Policy Advisor Melanie Hardy and any other person working on this matter -- that our request is for an expedited response from your office due to the upcoming discovery deadline of April 16, 2005 in this case and the imminent trial date of May 16, 2005. I believe the "rush" nature of this request (as to your office) is fairly self-evident based upon timing alone, but should also be clear from both my conversation with Mr. Horsey last week, along with the correspondence we forwarded to you showing that this request has actually been outstanding since last October. You are also aware that our office has now made four previous attempts to get responsive materials

2

since that time and you have received the accompanying correspondence.

Last week we provided you with certain documents that are specifically responsive to our request which contain HHS employee contact names and reference numbers. In the interests of efficiency I have again included this information in ".pdf" form for you with this electronic mail, along with the court's order in suport of this expedited request.

We look forward to a prompt response. Please feel free to contact me with any questions.

- Ray

==================
Raymond P. Ausrotas
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626
http://www.toddweld.com/

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify me by return e-mail and permanently delete the original and any copy of this e-mail message and any printout thereof.

3