IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD & WELD LLP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05CV1769 (RMC) |
| | ) |
| UNITED STATES DEPARTMENT OF | ) |
| HEALTH AND HUMAN SERVICES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Assistant United States Attorney Darrell Valdez as government counsel in this action.

Respectfully submitted,

/s/ Darrell C. Valdez
DARRELL VALDEZ, D.C. Bar #420232
Assistant United States Attorney
Judiciary Center Building, Civil Division
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-2843