IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TODD & WELD LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05CV1769 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

**SECOND JOINT MOTION TO ENLARGE TIME
TO RESPOND TO COMPLAINT**

The parties, through counsel, respectfully moves this Court for an Order enlarging the time to respond to the Complaint in the above-captioned matter by an additional 30 days, up to and including January 13, 2006. In support of this motion, the parties respectfully state as follows:

1. Defendant's response to Plaintiffs' Complaint is currently due on December 14, 2005;

2. The parties are currently discussing settlement of the above-captioned matter, and believe that the matter may be resolved without further litigation. Plaintiff has recently provided information to counsel for Defendant to assist with the resolution of the matter, and counsel for Defendant is seeking a grant of authority to settle. Accordingly, the parties request additional time to complete the resolution of this matter.

3. This is the second request for additional time.

WHEREFORE, for all of the foregoing reasons, the parties respectfully requests that the Court enlarge the time one month, up to and including January 13, 2006, within which Defendant may file its response to Plaintiffs' Complaint in the above-captioned matter.

A proposed order that would grant the relief sought is attached.

Respectfully submitted,

| | |
|---|---|
| /s/ Raymond Austrotas<br>RAYMOND AUSTROTAS, Bar #463688<br>Todd & Weld, LLP<br>28 State Street, 31st Floor<br>Boston, MA 02109<br>(617)720-2626<br><br>Attorneys for Plaintiff | /s/ Kenneth L. Wainstein<br>KENNETH L. WAINSTEIN, D.C. Bar # 451058<br>United States Attorney<br><br>/s/ R. Craig Lawrence<br>R. CRAIG LAWRENCE, D.C. Bar # 171538<br>Assistant United States Attorney<br><br>/s/ Darrell C. Valdez<br>DARRELL C. VALDEZ, D.C. Bar # 420232<br>Assistant United States Attorney<br>Civil Division<br>555 Fourth St., N.W.<br>Washington, D.C. 20530<br>202-307-2843<br><br>Attorneys for Defendant |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD & WELD LLP, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 05CV1769 (RMC) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) ) ) ) |
| Defendant. | ) ) |

## ORDER

UPON CONSIDERATION of the parties' Joint Motion For Enlargement of Time to Respond to Complaint, it is this _____ day of _____, 2005, hereby

ORDERED, that the Motion is granted, it is further

ORDERED, that the time within which Defendant shall file its response to Plaintiff's Complaint is enlarged, up to and including January 13, 2006.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE