## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| TODD & WELD LLP, | ) |
|  | ) |
|          Plaintiff, | ) |
|  | ) |
|    v. | )   Civil Action No. 05CV1769 (RMC) |
|  | ) |
| UNITED STATES DEPARTMENT OF | ) |
|      HEALTH AND HUMAN SERVICES, | ) |
|  | ) |
|         Defendant. | ) |

_____

### THIRD JOINT MOTION TO ENLARGE TIME
### TO RESPOND TO COMPLAINT

The parties, through counsel, respectfully moves this Court for an Order enlarging the time to respond to the Complaint in the above-captioned matter, nunc pro tunc, by an additional 14 days, up to and including January 27, 2006.  In support of this motion, the parties respectfully state as follows:

1.      Defendant's response to Plaintiffs' Complaint was due on January 13, 2006;

2.      Due to an oversight, and due to the press of other matters, including responding to numerous pretrial motions and preparing for trial in Jinks-Umstead v. England, 99cv2691 (GK), as well as preparing and responding to a dispositive motion in the class-action matter of Rice v. United States, 00cv2960 (JR), counsel for Defendant failed to put the due date in his calendar, and therefore missed the date for filing Defendant's response.

3.      The parties are discussing settlement of the above-captioned matter, and believe that the matter will be resolved without further litigation.  Accordingly, the parties request additional time to complete the resolution of this matter.

4.      This is the third request for additional time.

WHEREFORE, for all of the foregoing reasons, the parties respectfully requests that the Court enter an order, nunc pro tunc, enlarging within which Defendant may file its response to the Plaintiff's Complaint, up to and including January 27, 2006.

A proposed order that would grant the relief sought is attached.


Respectfully submitted,


_/s/ Raymond Austrotas/dcv_____
RAYMOND AUSTROTAS, Bar #463688
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617)720-2626

Attorneys for Plaintiff

_/s/ Kenneth L. Wainstein_____
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

_/s/ R. Craig Lawrence_____
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


_/s/ Darrell C. Valdez_____
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-307-2843

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                        )
TODD & WELD LLP,                        )
                                        )
                Plaintiff,              )
                                        )
        v.                              )  Civil Action No. 05CV1769 (RMC)
                                        )
UNITED STATES DEPARTMENT OF             )
        HEALTH AND HUMAN SERVICES,      )
                                        )
                Defendant.              )
_____)

## ORDER

UPON CONSIDERATION of the parties' Joint Motion For Enlargement of Time to

Respond to Complaint,  it is this _____ day of January, 2006, hereby

ORDERED, that the Motion is granted, nunc pro tunc, and it is further

ORDERED, that the time within which Defendant shall file its response to Plaintiff's

Complaint is enlarged, up to and including January 27, 2006.


                                    _____
                                    ROSEMARY M. COLLYER
                                    UNITED STATES DISTRICT JUDGE