IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD & WELD LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05CV1769 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

**FOURTH JOINT MOTION TO ENLARGE TIME
TO RESPOND TO COMPLAINT**

The parties, through counsel, respectfully moves this Court for an Order enlarging the time to respond to the Complaint in the above-captioned matter, nunc pro tunc, up to and including March 3, 2006. In support of this motion, the parties respectfully state as follows:

1. Defendant's response to Plaintiffs' Complaint was due on January 27, 2006;

2. Additional time is needed because counsel for the parties have been unable to discuss settlement as counsel for Plaintiff is out of the office on paternity leave and does not expect to return to work until the week of February 20, 2006. Due to an oversight, and due to the press of other matters, including the fact that counsel for Defendant was in trial in the matter of Jinks-Umstead v. England, 99cv2691 (GK), and was preparing and responding to dispositive motions in the class-action matter of Rice v. United States, 00cv2960 (JR), counsel inadvertently neglected to seek this enlargement prior to the previously scheduled due date.

3. As the parties have informed the Court, the parties are discussing settlement of the above-captioned matter, and believe that the matter will be resolved without further litigation. Accordingly, the parties request additional time to complete the resolution of this matter.

4.	This is the fourth request for additional time.

WHEREFORE, for all of the foregoing reasons, the parties respectfully requests that the Court enter an order, nunc pro tunc, enlarging within which Defendant may file its response to the Plaintiff's Complaint, up to and including March 3, 2006.

A proposed order that would grant the relief sought is attached.


Respectfully submitted,


 /s/ Raymond Austrotas
RAYMOND AUSTROTAS, Bar #463688
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617)720-2626

Attorneys for Plaintiff

 /s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

 /s/ R. Craig Lawrence
R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney


 /s/ Darrell C. Valdez
DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-307-2843

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TODD & WELD LLP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05CV1769 (RMC) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HEALTH AND HUMAN SERVICES, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of the parties' Joint Motion For Enlargement of Time to Respond to Complaint, it is this _____ day of February, 2006, hereby

ORDERED, that the Motion is granted, nunc pro tunc, and it is further

ORDERED, that the time within which Defendant shall file its response to Plaintiff's Complaint is enlarged, up to and including March 3, 2006.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE