## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

TODD & WELD LLP,                        )
                                        )
                        Plaintiff,      )
                                        )
        v.                              )  Civil Action No. 05CV1769 (RMC)
                                        )
UNITED STATES DEPARTMENT OF             )
        HEALTH AND HUMAN SERVICES,      )
                                        )
                        Defendant.      )
                                        )

## STIPULATION OF SETTLEMENT

        The parties, by and through their respective counsel, hereby stipulate and agree, subject

to the approval of the court, as follows:

        1.      The parties do hereby agree to settle and compromise the above-entitled action

under the terms and conditions set forth herein.

        2.      Defendants shall pay plaintiff's attorney a lump sum of Two Thousand Thirty

Dollars ($2,030.00) in attorneys' fees and costs in this matter.

        3.      Payment of the attorneys' fees and costs award will be made by a check drawn on

the account of the United States as set forth in paragraph two, made payable to Todd & Weld,

LLP.  Counsel for defendants agrees that, upon notification of the Court's approval of this

Stipulation, he will promptly complete and transmit to the Treasury of the United States the

documentation necessary to effectuate this payment.

        4.      This Stipulation of Settlement and completion of it terms shall represent full and

complete satisfaction of all claims arising from the allegations set forth in the complaint filed in

these actions, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case.  In particular, this Stipulation of Settlement shall include all claims for attorneys' fees and costs incurred in connection with the administrative Freedom of Information Act process, the District Court litigation process, and any other proceedings involving the claims raised in these actions.

5.     This Stipulation of Settlement shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

6.     This Stipulation of Settlement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

7.     The parties agree that this Stipulation of Settlement will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

8.     Execution of this Stipulation of Settlement by counsel for plaintiff and by counsel for defendants shall constitute a dismissal of these actions with prejudice, effective upon approval by the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

2

Respectfully submitted,

RAYMOND AUSROTAS, Bar #463688
Todd & Weld, LLP
28 State Street, 31st Floor
Boston, MA 02109
(617)720-2626

Attorneys for Plaintiff

KENNETH L. WAINSTEIN, D.C. Bar # 451058
United States Attorney

R. CRAIG LAWRENCE, D.C. Bar # 171538
Assistant United States Attorney

DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-307-2843

Attorneys for Defendant

APPROVED AND SO ORDERED.

On this _____ day of _____, 2006

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE